734    COURT OF ERRORS AND APPEALS.

Hartman v. McClintic-Marshall Const. Co.    82 *N. J. L.*

ALBERT HARTMAN, DEFENDANT IN ERROR, v. McCLINTIC-
MARSHALL CONSTRUCTION COMPANY, PLAINTIFF IN
ERROR.

Submitted December 11, 1911—Decided March 4, 1912.

On error to the Supreme Court, which court affirmed a judg-
ment of the Hudson Circuit Court in favor of the plaintiff
below in an action to recover damages for personal injuries.
The views of the Supreme Court are expressed in the follow-
ing memorandum:

"PER CURIAM.

"While engaged at his work in defendant's employment,
the plaintiff was injured by the breaking of a shackle attached
to the end of a boom on a derrick which was then being used
for raising heavy iron girders. The shackle broke while
lifting a fourteen-ton girder, and injured plaintiff, and the
insistence of the plaintiff is that the shackle was too light for
the work, in that it was a one and one-quarter inch shackle
instead of a one and one-half inch shackle, which prudence
and the exercise of reasonable care would require defendant
to use.

"There was evidence sufficient to support this claim, and
the resulting corollary that it was inadequate for the use to
which defendant put it, and this situation furnished a jury
question.

"The verdict was for the plaintiff, and a rule to show cause
was allowed, reserving only the exception taken to the re-
fusal of the trial court to direct a verdict for defendant,
which is the only question which this court can consider on
error. *Haden* v. *Bamford Silk Co.,* 44 *Vroom* 308; *affirmed,*
45 *Id.* 847.

"Since the evidence presented by the plaintiff created an
issue of fact for the jury to determine, the refusal of the
trial court to direct a verdict was entirely proper.

"The judgment will be affirmed."

For the plaintiff in error, *John A. Bernhard.*

For the defendant in error, *Alexander Simpson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, PARKER, BERGEN, VOORHEES, KALISCH, BOGERT, VREDEN-BURGH, VROOM, CONGDON, WHITE, TREACY, JJ. 13.

*For reversal*—None.